UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20483-CR-SCOLA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ELAYNE GUTIERREZ,
YUDITH PADILLA,
IVAN PADILLA,
MARIBEL DAIRTH,
NAPOLEON CADALZO,
HISAMARA ESPONDA,

     Defendants.
_____/

## ORDER CONTINUING TRIAL

On January 24, 2012, this cause came on before me for Calendar Call and upon the
Defendants' Motion for Continuance of Trial [ECF Nos. 390, 411]. The Court having reviewed the
motions and based on the matters presented, it is hereby

**ORDERED AND ADJUDGED** that the Motions [**ECF Nos. 390, 411**], which were adopted
by the four co-defendants, are hereby **GRANTED** without Government objection. The interests of
justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.
As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was
filed, **January 6, 2012**, to including the date trial commence, that is, **September 10, 2012** — is
excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Robert N. Scola,

Jr., United States District Judge, at 400 North Miami Avenue, Courtroom 12-3, Miami, Florida, during the two-week trial period that begins on **Monday, September 10, 2012 at 9:00 a.m.** A calendar call will be held on **Tuesday, September 4, 2012 at 9:00 a.m.** at the same location. **The defendants are required present for calendar call unless excused by Court order**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of January, 2012.

 

**ROBERT N. SCOLA, Jr.**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record